## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **OLEKSII TROFIMCHUK,** | Case No. |
|    a/k/a "Vkorinec,"<br>   a/k/a "Alex Malex,"<br>   a/k/a "Олексій Трофмчук," | **FILED UNDER SEAL** |
|        *Defendant.* | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christopher Michael Rizzo, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent of the Federal Bureau of Investigation assigned to the Washington Field Office Criminal Computer Intrusion squad and have been employed by the FBI since approximately August 2009.  I am currently assigned to investigate computer-related crimes. As such, I have participated in numerous investigations involving computer and high technology related crimes, including computer intrusions, internet-based fraud, credit card fraud, and bank fraud.  Throughout my FBI employment, I have received training in general law enforcement and in specialized areas, including computer crimes.  As a Special Agent of the FBI, I am authorized to investigate crimes involving computer intrusions and other financial crimes governed by federal law, including Title 18 of the U.S. Code.

2.      The facts set forth below are based upon my own observations, investigative reports and information provided to me by other law enforcement agents.  This affidavit is intended to

show only that there is sufficient probable cause for the complaint submitted with this affidavit. It does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1344 (bank fraud) and 18 U.S.C. § 1349 (conspiracy to commit bank fraud and wire fraud), have been committed by Oleksii Trofimchuk ("TROFIMCHUK"), also known as "Vkorinec," also known as "Alex Malex," also known as "Олексій Трофмчук."

## PROBABLE CAUSE

### Overview Of Slilpp

4.      The offenses under investigation involve "carding" activity, which in relevant part includes the unauthorized sale of account login credentials and other personally identifying information (or "PII") that can be used to steal money, for example through the unauthorized use of online accounts that are linked to credit cards, bank accounts, or debit cards. The carding offenses under investigation include the use of criminal means to obtain account login credentials; the use of those credentials to obtain account-related PII; the unlawful sale of login credentials and PII; and the use of the login credentials to access online accounts, including online bank accounts and other payment accounts, for the purposes of stealing money and other items of value.

5.      The subjects of the investigation conduct the above-listed offenses through an online marketplace known as Slilpp and an online marketplace known as Blackpass, among others.

6.      Slilpp appears to have been operating since at least 2012. Slilpp operates much like Amazon or eBay, in that it allows vendors to sell stolen login credentials, and allows customers to buy stolen login credentials, by operating a website that provides a forum and payment mechanism

for the above-described transactions.  However, Slilpp is different from Amazon or eBay in that it is dedicated to illegal carding activity.  Slilpp has operated through websites with the domains slilpp.biz and slilpp.org.  It is currently operating from slilpp.xyz.

7.      In January 2016 and again in September 2016, a foreign law enforcement agency identified and imaged a server that was hosting the Slilpp website.  The server image included a database (the "Slilpp database") that contained login credentials that had been offered for sale (and actually sold) through Slilpp.  It also contained a wealth of historical information about Slilpp vendors, customers and transactions, including subscriber and payment information for individual accounts that have been used to buy and sell login credentials over Slilpp.  The Slilpp database accurately reflected known Slilpp transactions and subscriber records, including FBI undercover purchases.  The FBI obtained copies of the database through requests for mutual legal assistance.

8.      In addition to the server images and the Slilpp database, the FBI also obtained, through a request for mutual legal assistance, copies of wiretap data, based on wiretap evidence that was obtained by the same foreign law enforcement agency that obtained the Slilpp database.

9.      Based on information in the Slilpp database and obtained from Slilpp servers, multiple subjects have functioned as administrators of the Slilpp website, including "Passion," also known as Dmitriy Vereshchak, an unidentified subject that uses the moniker "0x73686f70," and well as multiple subjects who are sellers on Slilpp, but who also communicate and coordinate with "0x73686f70," and with other sellers.  The Slilpp marketplace functions as a conspiracy – a collective enterprise requiring multiple participants with different roles, including roles for promoting Slilpp, operating the website, and uploading login credentials to sell.  In order for the marketplace to function, all of these subjects share the common purpose of profiting from the

illegal sale of stolen login credentials, notably including login credentials for payment accounts, knowing and intending that such stolen login credentials will be used to commit fraud, including identity fraud and access device fraud, and that they will primarily be used to steal funds from the underlying accounts and to thereby defraud the account holders and/or the financial institutions operating the accounts, known and advertised to include U.S. financial institutions (*i.e.*, banks).

### Additional Sources of Evidence

10. In addition to Slilpp evidence, FBI and other U.S. law enforcement agencies have been investigating and monitoring numerous carding, hacking, and money laundering websites and electronic service providers. These include the dedicated criminal forums Verified, Carder Pro, Vor.cc, Omerta, and BHF.io, which are internet-based forums dedicated to members that specialize that in different facets of the criminal underground. The users of these forums typically work together towards a common goal of generating ill-gotten gains by communicating privately to buy, sell, and barter various goods and services that constitute the tools of the trade for a cyber-criminal, including: malware, crypting services, and bank credentials.

11. The FBI has also obtained relevant evidence from investigations that have obtained evidence concerning Jabber messages. Jabber is an electronic messaging platform that is commonly used by cyber criminals. The FBI and foreign law enforcement agencies have obtained transactional and content evidence (including messages) from Jabber servers around the world, and I have reviewed that evidence in connection with the Slilpp investigation.

### Slilpp Seller Vkorinec

12. Based on information obtained from the Slilpp database, a subject using the Slilpp moniker "vkorinec" has been unlawfully selling stolen login credentials on Slilpp. Slilpp database

4

records show that, between February 16, 2014 and September 27, 2016, the "vkorinec" account sold stolen login credentials for over 25,000 PayPal accounts.  For example, on September 27, 2016, over Slilpp, Vkorinec sold 13 sets of login credentials for PayPal accounts.

13.    Based on information obtained from the Slilpp database, together with loss information provided by PayPal, those credentials were later used in connection with fraudulent transactions, or attempted transactions totaling about $640,000.

14.    The Vkorinec Slilpp account was registered with the Jabber ID alex_malex@linuxlovers.at.  The FBI, through legal process in another investigation, obtained Jabber records showing login data for accounts including alex_malex@linuxlovers.at.  These records showed that alex_malex@linuxlovers.at was accessed from numerous Ukrainian IP addresses, and that alex_malex@linuxlovers.at had exchanged messages with the Jabber ID 0x73686f70@slilpp.xyz, the Jabber ID for the Slilpp administrator with the moniker "0x73686f70."

15.    The moniker "vkorinec" was registered on multiple criminal internet forums including Verified (which is described above).  Verified records showed that the "vkorinec" account was registered using the e-mail address malexovic@gmail.com.  I also found that the same e-mail address was used to register the username "Alex Malex" on the criminal forum BHF.io.

16.    Pursuant to a search warrant, Google provided subscriber records and content for the account identified by the e-mail address malexovic@gmail.com.  The content from that account included, among other things, Jabber chat logs that included chats from alex_malex@linuxlovers.at (the Jabber ID used by Slilpp seller "vkorinec").  Specifically, the account included a July 30, 2016, e-mail with an attachment that appeared to be a Jabber chat log

showing a discussion parad1se@jabber.se (who is known on criminal carding forums for selling software that is particularly useful for carding activities) and alex_malex@linuxlovers.at.

17.     In addition to the direct link reflected in the July 30, 2016, e-mail, there are also similarities between malexovic@gmail.com and alex_malex@linuxlovers.at.  First, according to records provided by Google, the subscriber name for malexovic@gmail.com is "Alex Malex" which is the moniker incorporated into the Jabber ID alex_malex@linuxlovers.at.  In addition, both the Google account and the Jabber account were accessed from Ukrainian IP addresses.

18.     The links between malexovic@gmail.com and alex_malex@linuxlovers.at indirectly link the Google account to the Slilpp account for Vkorinec.  There are direct links as well.  First, the Google account includes an August 4, 2016, e-mail titled "PayPal," which had an attachment called "All Checked Accounts.txt."  This attachment contained approximately 1,391 credential login sets – and 366 of those had been advertise for sale, or sold, by Vkorinec on Slilpp.

19.     In addition to e-mail content, search history records provided by Google, and login records from Google and other sources, showed that malexovic@gmail.com was used by the same person who used the Vkorinec.

20.     First, Google records showed that the user of malexovic@gmail.com searched for the term Slilpp, as well as the Slilpp URL "Slilpp.xyz," the current domain for the marketplace.

21.     Second, as shown below, login records connect the Verified, Slilpp, BHF.io, Jabber, and Google accounts, which used overlapping IP addresses between November 2015 and June 2018, as shown in Table 1, which lists the dates these accounts accessed particular IP addresses.

| Table 1 | | | | |
|---|---|---|---|---|
| **Account** | **.119 IP** | **.11 IP** | **.113 IP** | **.8 IP address** | **.245 IP address** |
| Verified | 11/2015 | n/a | n/a | n/a | n/a |
| Slilpp | 6/2016 - 12/2016 | 6/2016 - 12/2016 | 6/2016 - 12/2016 | n/a | n/a |
| Jabber | 1/2016 - 7/2016 | 1/2016 - 7/2016 | n/a | n/a | n/a |
| BHF | n/a | n/a | 10/2016 - 12/2016 | 5/2018 - 6/2018 | 6/2018 |
| Google | n/a | n/a | n/a | 4/2018 - 6/2018 | 4/2018 - 8/2018 |

### Identification of TROFIMCHUK

22.     In addition to evidence that the malexovic@gmail.com account was used by the same person who used the Vkorinec moniker on Slilpp, the content of the account shows that it belongs to TROFIMCHUK.  The account also includes shipping receipts, a resume, and a birth certificate, all in TROFIMCHUK's name.  For example, it included e-mails dated February 16, 2018, and June 16, 2018, with shipping receipts addressed to TROFIMCHUK in Ukraine.  Similarly, it included a September 28, 2011, e-mail containing TROFIMCHUK's resume; a June 19, 2015, e-mail containing a birth certificate that listed TROFIMCHUK as the father, for a child born on April 10, 2015; and a June 7, 2017, e-mail containing a photograph (shown below) depicting TROFIMCHUK holding an identification card next to his face, with a piece of paper that had written on it, "Poloniex July 7, 2017."  Poloniex LLC is an online Bitcoin exchange website.



23.     Finally, the Google account included e-mails showing that TROFIMCHUK had

applied for a Visa to travel to the United States, using malexovic@gmail.com as his e-mail address.

24.     Based on that e-mail content, the FBI conducted a search of U.S. Department of

State records for Visa applications.  State Department records showed that TROFIMCHUK had

applied for a Visa, and that he listed his e-mail address as malecxovic@gmail.com.  Department

of State records also included a photograph of TROFIMCHUK, which matched the photograph

shown above.

## CONCLUSION

25.     Based on all of the foregoing evidence, and based on my training and experience, I

respectfully submit that there is probable cause to believe that, between at least between February

16, 2014 and September 2016, including on September 27, 2016, Oleksii Trofimchuk

("TROFIMCHUK"), also known as "Vkorinec," also known as "Alex Malex," also known as

8

"Олексій Трофмчук," has committed violations of 18 U.S.C. § 1344 (wire fraud) and 18 U.S.C.

§ 1349 (conspiracy to commit bank fraud and wire fraud).

Respectfully submitted,

_____

Christopher Michael Rizzo
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on December 12, 2018:

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE