## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

OLEKSII TROFIMCHUK,

*Defendant.*

Case No. 19-CR-249 (RDM)

SEALED CASE

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### *Summary of the Plea Agreement*

Defendant Oleksii Trofimchuk, a/k/a "vkorinec," agrees to admit guilt and enter a plea of guilty to Count One of the Indictment, which charges Wire Fraud, in violation of Title 18, U.S. Code, Section 1343.

### I.    Elements of the Offense

#### A. Wire Fraud

The elements of Wire Fraud, in violation of 18 U.S.C. § 1343, are:

First, that a person devised or intended to devise a scheme to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises that were material:

Second, that the person did so with the intent to defraud: and

Third, that, for the purpose of executing the scheme, the person transmitted or caused to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce any writings, signs, signals, pictures, or sounds.

## II.    **Brief Statement of Facts**

### Background

Marketplace A was an online marketplace dedicated to the sale of stolen login credentials that enable access to online accounts, including but not limited to accounts provided by financial institutions, online payment providers, and retailers. Other than the unlawful nature of the transactions that it facilitated, Marketplace A operated like many online marketplaces, such as eBay or Amazon Marketplace, which allow third parties to create vendor accounts, and to sell goods and services. Marketplace A allowed vendors to sell login credentials and related personally-identifying information ("PII") and to receive payments through Marketplace A as an intermediary. The administrator(s) of Marketplace A obtain fees from a percentage of sales.

The administrator(s), sellers, and customers of Marketplace A participated in and conducted, individually and collectively, criminal schemes to profit from the fraudulent use of stolen login credentials and account identifiers, schemes that necessarily involved wire fraud, including through identity theft and access device fraud. The administrator(s) of Marketplace A knowingly, intentionally, and willfully created, maintained, and operated an internet-based platform that sellers, such as the defendant, knowingly, intentionally, and willfully used to sell stolen login credentials and other account information. The administrator(s) and the sellers worked together, through Marketplace A, to sell that account information, and to share the proceeds of the sales, intending that their customers would unlawfully use said login credentials and account information to fraudulently obtain money, property, and PII belonging to others.

Company A was an online payment processing company located in California.

2

Gift Card B was a type of pre-paid gift card issued by multiple banks under licenses from a financial services firm located in California. Gift Card B could be used in connection with online accounts, through which cardholders could check balances, and could be used for payments online, for example at online merchants based in the United States, in a manner similar to a credit card or debit card. Generally, Gift Card B could not be used to pay merchants outside of the United States.

At all times relevant to this Statement of Offense, the defendant was a Ukrainian national residing outside of the United States.

## Venue

The offense began outside of the jurisdiction of any particular State or district and ,pursuant to 18 U.S.C. § 3238, is within the venue of the United States District Court for the District of Columbia.

## Wire Fraud Scheme and Conspiracy

In or about February 2014, and having previously conceived of a criminal scheme to profit from the fraudulent use of stolen means of identification and access devices, the defendant registered for an account on Marketplace A. The defendant obtained his Marketplace A account with the moniker "vkorinec."

Thereafter, the defendant conspired with the administrator(s) of Marketplace A to commit wire fraud, and to profit from wire fraud, by selling stolen login credentials and account information, and by sharing the proceeds with the administrator(s) of Marketplace A.

During the period from in or about February 2014 through in or about September 2016, the defendant executed the scheme and conspiracy by registering his Marketplace A account; by

3

unlawfully possessing login credentials and PII pertaining to online accounts provided by Company A, with the intent to sell or otherwise profit from said credentials; by unlawfully selling those login credentials and PII through the Marketplace A; and by purposefully enabling his customers to access online accounts in order to steal. For example and in particular, on or about September 23, 2016, the defendant sold four sets of login credentials and other personal identifying information related to online accounts provided by Company A to a U.S. buyer who used the moniker Robert955. The defendant used sophisticated means to execute the scheme. Ultimately, during the period through September 2016, the defendant sold the login credentials for over 25,000 accounts provided by Company A.

## Additional Conduct

During the period after September 2016, through 2018, the defendant sold additional login credentials for over 4,000 accounts provided by Company A.

In addition, from about February 2019 through about July 11, 2019, the date of his arrest in Italy, the defendant executed the scheme and conspiracy by unlawfully possessing account information for Gift Card B accounts, including the account number which is the functional equivalent of a credit card number, with the intent to sell or otherwise profit from said information; by unlawfully selling that information through the Marketplace A; and by purposefully enabling his customers to use those Gift Card B accounts to make fraudulent payments. In addition, because the defendant had already uploaded the necessary account information for sale, customers were able to continue purchasing Gift Card B accounts from his Marketplace A account through February 2020. Ultimately, the defendant sold information for over 29,000 Gift Card B accounts.

4

As of February 4, 2020, the defendant's Marketplace A account listed for sale the account information for over 4,600 additional Gift Card B accounts.

The login credentials for Company A accounts and the account information for Gift Card B accounts, which the defendant unlawfully possessed and sold, constituted means of identification and access devices under 18 U.S.C. § 1028 and 18 U.S.C. § 1029. The defendant's total sales for those means of identification and access devices exceeded $160,000. Those proceeds were divided between the defendant and the administrator(s) of Marketplace A. The total actual losses to individuals, Company A, and Gift Card B issuers is unknown as of the date of this Statement.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BY: _____
Demian S. Ahn
Assistant United States Attorney

_____
Laura-Kate Bernstein
Trial Attorney

**DEFENDANT'S ACKNOWLEDGMENT**

I have read, or have had read and translated to me, each of the six pages constituting this Statement of Offense and Acknowledgment, understand it, and agree that it is true and accurate. While it is not a complete recitation of everything that I did or everything that I know, it accurately describes my conduct and my knowledge concerning my own involvement in the illegal activity that is the subject of this Statement of Offense. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 09/20/2021

Oleksii Trofimchuk
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read each of the six pages constituting this Statement of Offense and Acknowledgement, reviewed them with my client, and discussed it with my client.

Date: 09/14/2021

Igor Lityak, Esq.
Counsel for Defendant Oleksii Trofimchuk

6